5830 S. Indiana Ave,
Cudahy WI 53110

5-29-75

John Jermaine Jackson
(Full Name of Plaintiff or Plaintiffs)

vs

Mayo Clinic

Health System

Franciscan Health Care

LaCrosse, WI
(Full Name of Defendant or Defendants)

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2012 AUG -9 A 9:47

JON A. SANFILIPPO
CLERK

No. 12-C-0812

(Supplied by Clerk)

## COMPLAINT

**I. PREVIOUS LAWSUITS**

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
   ☐ YES   ☒ NO

B. Have you begun other lawsuits in state or federal court?
   ☐ YES   ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

   1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

   2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) _____

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) John Jermaine Jackson

B. Your Address 5830 S. Indiana Ave

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) ~~franciscan~~ Franciscan hEAltHcARE

D. Defendants address 700 West Ave South
LaCrosse WI 54601

E. Additional DEFENDANTS (names and addresses) _____

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate *numbered* paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: I was TREATED BY you against my WILL And had LIFE Damages DONE TO ME IN 2004, FROM you installing Things INTO ME.

2) Civil Rights (AID) has Been Taking From ME.

## STATEMENT OF CLAIM CONTINUED

**STATEMENT OF CLAIM CONTINUED**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**END STATEMENT OF CLAIM**

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

I thought of only one Remedies and that was to settle out of court for nothing less then $62 Billion Dollars when I Request paid no later then (10) Business Days of Recieving the Notice, That I will be Taking Them to court and suing for $75 Billion Dollars and would ask the Jury, court to state I be paid the full amount (within) 72 hours when court is over & I can only be Reach by Mail. I will ask 2 be met, Downtown Libary on ws to sign papers.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __08__ day of __AUG__, __2012__:

_____

_____

John J. Jackson
(Signature of Plaintiff(s))