AO 450 (Rev. 5/85) Judgment in a Civil Case ⊛

# United States District Court

EASTERN DISTRICT OF WISCONSIN

JOHN JERMAINE JACKSON,              **JUDGMENT IN A CIVIL CASE**

       Plaintiff

      v.                             CASE NUMBER: 12-C-812

MAYO CLINIC HEALTH SYSTEM
FRANCISCAN HEALTHCARE OF
LACROSSE,

       Defendant.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the plaintiff's request to proceed <u>in forma pauperis</u> be and hereby is **granted**.

     **IT IS ALSO ORDERED** that this case be and hereby is **dismissed** for lack of subject matter jurisdiction.

August 14, 2012                                       Jon Sanfilippo
*Date*                                                           *Clerk*

                                                              *s/ Mandy Chasteen*
*Approved this __14th__ day of August, 2012*       *(By) Deputy Clerk*

*s/ Patricia J. Gorence*
*Patricia J. Gorence, U.S. Magistrate Judge*